No. 88–5534. LoConte v. Dugger, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 88–5538. Davis, aka Abdul-Akbar v. Proctor et al. C. A. 3d Cir. Certiorari denied.

No. 88–5539. Hayes v. Dugger, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 88–5542. LeGrand v. Ward et al. C. A. 2d Cir. Certiorari denied.

No. 88–5545. Palmer v. Belmont County Children Services. Ct. App. Ohio, Belmont County. Certiorari denied.

No. 88–5547. Smith v. Murray, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 88–5548. Szarewicz v. Pennsylvania Supreme Court. C. A. 3d Cir. Certiorari denied.

No. 88–5551. Silvaggio v. California. C. A. 9th Cir. Certiorari denied.

No. 88–5559. White v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 88–5562. De Young v. O'Keefe. C. A. 8th Cir. Certiorari denied.

No. 88–5592. Drabick v. Drabick. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 88–5597. Mahdavi v. Federal Bureau of Investigation. C. A. 9th Cir. Certiorari denied.

No. 88–5605. Gabriel v. United States. C. A. 4th Cir. Certiorari denied.

No. 88–5606. Ivers v. United States. C. A. 9th Cir. Certiorari denied.

No. 88–5609. Hines v. United States. C. A. 11th Cir. Certiorari denied.